JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WILKE, ) | CASE NO: |
| Plaintiff, ) | CV10-08208 DDP (CWx) |
| VS. ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; LOCKHEED MARTIN CORPORATION LONG TERM DISABILITY PLAN, ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: August 12, 2011    By: _____
HONORABLE DEAN D. PREGERSON
U.S. DISTRICT JUDGE

1